IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | Criminal Number: 1:19-CR-00073-P-BP-1 |
| | § | |
| WILLIAM LEE TERRELL | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion (ECF No. 20) is **GRANTED**. The Court permits Defendant William Lee Terrell to represent himself and appoints Assistant Federal Public Defender David Sloan to serve as Defendant's stand-by counsel in this case.

**SO ORDERED** on this 6th day of December, 2019.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE